## Charles G. Frank, Trustee, Appellant, v. James M. Newburger et al., Appellees.

### Gen. No. 41,149.

opinion filed October 1, 1940.
Harry A. Biossat, for appellant; William Friedman, for appellees; Zeamore A. Ader of counsel. Opinion by JUSTICE MATCHETT. "Not to be published in full."